UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTOINETTE WILLIAMS AND DEBORAH TURNAGE, | : | |
| PLAINTIFFS, | : | CIVIL ACTION NO. 3:09-CV-2095 (RNC) |
| V. | : | |
| VANDENBERG CHASE & ASSOCIATES, LLC AND JOHN DOE A/K/A MR. KING, | : | |
| DEFENDANTS. | : | MARCH 23, 2010 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiffs on their complaint and without costs and/or attorney's fees to any party.

| THE PLAINTIFFS ANTOINETTE WILLIAMS AND DEBORAH TURNAGE | THE DEFENDANTS VANDENBERG CHASE & ASSOCIATES, LLC AND JOHN DOE a/k/a MR. KING. |
|---|---|
| By _____ Daniel S. Blinn, Esq. Consumer Law Group, LLC 35 Cold Spring Road, Suite 512 Rocky Hill, CT 06067 Tel: (860) 571-0408 Fax: (860) 571-7457 Email: dblinn@consumerlawgroup.com | By: _____ Jonathan D. Elliot (ct05762) Zeldes, Needle & Cooper, P.C. 1000 Lafayette Boulevard Bridgeport, CT 06604 Tel: 203-333-9441 Fax: 203-333-1489 E-Mail: jelliot@znclaw.com |
| Their Attorneys | Their Attorneys |